IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHNNY CHARLES**<br>1211 Huntington St.<br>Upper Marlboro, Maryland 20774<br><br>　　　　　　Plaintiff<br><br>　　*v*.<br><br>**HOME DEPOT U.S.A., INC.**<br>2455 Paces Ferry Road, Northwest<br>Atlanta, Georgia 30339-4024<br><br>　　**Serve: Resident Agent**<br>　　Corporation Services Company<br>　　1090 Vermont Avenue, N.W.<br>　　Washington, D.C. 20005<br><br>　　　　　　Defendant | Case No. |

## COMPLAINT & DEMAND FOR JURY TRIAL

**COMES NOW** Plaintiff Johnny Charles, through counsel, John J. Cord and Posner & Cord, LLC, and for causes of action, sues Defendant Home Depot U.S.A., Inc. and states as follows:

### JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000.00 exclusive of interest and costs. Jurisdiction is further appropriate in this Court because Plaintiff is a citizen of the State of Maryland while Defendant is business with its principal

**Posner & Cord, LLC**
108 W. Timonium Road
Suite 303
Timonium, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
charmcitylawyer.com

place of business in Georgia, which operated a store in the District of Columbia where Plaintiff's injury occurred.

2. Defendant does substantial business in the District of Columbia, operating a store located at 901 Rhode Island Avenue, NE, Washington, D.C. 20018.

3. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because a substantial part of the events and omissions giving rise to this claim occurred in this judicial district.

## THE PARTIES

4. Plaintiff Johnny Charles is a citizen and resident of Prince George's County, Maryland.

5. Defendant Home Depot U.S.A., Inc. is a Georgia corporation which operated a store located at 901 Rhode Island Avenue, NE, Washington, D.C. 20018.

## FACTUAL BACKGROUND

6. On October 16, 2013 Plaintiff was a patron at Defendant's store, located at 901 Rhode Island Avenue, NE in Washington, D.C.

7. Plaintiff was pushing a cart through an aisle when he stepped in a hole in the floor causing injury to Plaintiff's ankle.

8. The store where Plaintiff was injured was owned and/or operated by Home Depot U.S.A., Inc.

**Posner & Cord, LLC**
108 W. Timonium Road
Suite 303
Timonium, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
charmcitylawyer.com

9. Despite the fact that Defendant knew or should have known about the hole, which constituted a dangerous condition, Defendant failed to fix the hole in the aisle.

10. Furthermore, Defendant did not have proper warning signage near the area of the hole in the floor, nor did Defendant attempt to warn its invitees, such as Plaintiff, of a dangerous condition.

11. At the time of the occurrence, Plaintiff was a customer and was afforded the status of an invitee on Defendant's premises.

12. Defendant owned, operated and maintained the property, and consequently owed Plaintiff a duty to use reasonable care under all circumstances, including the duty to maintain the premises safely, and to protect him against an unreasonable risk, which he, by exercising ordinary care, could not discover.

13. Defendant had actual or constructive notice of the unsafe condition of the floor in the aisle.

14. Defendant is at fault for Plaintiff's fall and is responsible for his injuries. Plaintiff was acting in a careful and prudent manner without any negligence contributing to his injuries.

## COUNT I
### NEGLIGENCE

15. Plaintiff hereby incorporates by reference and re-alleges all paragraphs within this Complaint as if fully set forth herein.

16. Defendant Home Depot U.S.A., Inc. had a duty to act reasonably and use due care in the operation of its businesses. At the date and time of

**Posner & Cord, LLC**
108 W. Timonium Road
Suite 303
Timonium, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
charmcitylawyer.com

Plaintiff's fall, Defendant, individually and/or through its agents, servants and/or employees, breached that duty and was negligent in the following particulars, among others:

a. Failing to properly monitor, supervise and maintain the area of the fall so as to furnish to Plaintiff a safe path free from hazards which were recognized, or should have been recognized, by the Defendant as causing or likely to cause serious physical harm to Plaintiff and others;

b. Failing to maintain the mats in a safe condition to ensure that Plaintiff would not fall as a result of the unsafe condition of the floor which existed and which was known, or should have been known, to the Defendant;

c. Failing to properly inspect the floor where the Plaintiff fell as a result of the unsafe conditions;

d. Failing to timely investigate reports of unsafe conditions or possible defects;

e. Failing to properly place corrective devices to prevent the floor from causing injuries, for example, floor covers;

f. Failing to properly monitor the premises for holes which posed a danger to Plaintiff and other invitees;

g. Failing to warn Plaintiff of the dangerous, defective and unsafe condition of the floor in the store;

h. Failing to maintain the premises owned, operated and maintained by the Defendants in good and safe condition for the Plaintiff and others;

i. Failing to otherwise comply with the applicable laws and regulations of the District of Columbia and the applicable Federal laws and regulations; and

**Posner & Cord, LLC**
108 W. Timonium Road
Suite 303
Timonium, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
charmcitylawyer.com

    j. Otherwise failing to exercise the degree of care required under the circumstances.

17. As a direct result of the negligent conduct, inaction and breach of care by Defendant, Plaintiff sustained the injuries, losses and damages more fully described above, without any contributing negligence of the Plaintiff.

**WHEREFORE**, Plaintiff Johnny Charles demands judgment against Defendant Home Depot U.S.A., Inc. in the amount of $500,000.00, plus costs, pre-judgment interest and post-judgment interest.

            Respectfully submitted,

            **JANET, JENNER & SUGGS, LLC**

             /s/ Robert K. Jenner
            Robert K. Jenner, Esq.
            (Bar No. 399969)
            1777 Reisterstown Road
            Suite 165
            Baltimore, Maryland 21208
            (410) 653-3200
            (410) 653-9030 (fax)
            rjenner@myadvocates.com
            www.myadvocates.com

**Posner & Cord, LLC**
108 W. Timonium Road
Suite 303
Timonium, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
charmcitylawyer.com

*and*

**POSNER & CORD, LLC**


   /s/ John J. Cord
John J. Cord, Esq.
(Bar No. 495876)
108 W. Timonium Road,
Suite 303
Timonium, Maryland 21093
(410) 252-0600
(443) 578-4687 (fax)
jcord@charmcitylawyer.com
www.charmcitylawyer.com
***Counsel for Plaintiff***

**Posner & Cord, LLC**
108 W. Timonium Road
Suite 303
Timonium, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
charmcitylawyer.com

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHNNY CHARLES**<br>1211 Huntington St.<br>Upper Marlboro, Maryland 20774<br><br>        Plaintiff<br><br>    *v.*<br><br>**HOME DEPOT U.S.A., INC.**<br>2455 Paces Ferry Road, Northwest<br>Atlanta, Georgia 30339-4024<br><br>    **Serve: Resident Agent**<br>    Corporation Services Company<br>    1090 Vermont Avenue, N.W.<br>    Washington, D.C. 20005<br><br>        Defendant | Case No. |

### DEMAND FOR JURY TRIAL

**COMES NOW** Plaintiff Johnny Charles, through counsel John J. Cord and Posner & Cord, LLC; and demands a jury trial on all issues pursuant to Rule 38(b) of the Federal Rules of Civil Procedure.

**Posner & Cord, LLC**
108 W. Timonium Road
Suite 303
Timonium, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
charmcitylawyer.com

Posner & Cord, LLC
108 W. Timonium Road
Suite 303
Timonium, MD 21093
(410) 252-0600
(443) 578-4687 (fax)
charmcitylawyer.com

Respectfully submitted,

**JANET, JENNER & SUGGS, LLC**


  /s/ Robert K. Jenner
Robert K. Jenner, Esq.
(Bar No. 399969)
1777 Reisterstown Road
Suite 165
Baltimore, Maryland 21208
(410) 653-3200
(410) 653-9030 (fax)
rjenner@myadvocates.com
www.myadvocates.com

*and*

**POSNER & CORD, LLC**


  /s/ John J. Cord
John J. Cord, Esq.
(Bar No. 495876)
108 W. Timonium Road,
Suite 303
Timonium, Maryland 21093
(410) 252-0600
(443) 578-4687 (fax)
jcord@charmcitylawyer.com
www.charmcitylawyer.com
*Counsel for Plaintiff*